1  DANIEL G. BODGEN
   United States Attorney
2  District of Nevada
   ERIC JOHNSON
3  Assistant United States Attorney
   333 Las Vegas Boulevard, Suite 5000
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) 2:13-mj-156-VCF |
|---|---|
| Plaintiff, | ) **ORDER FOR DISMISSAL** |
| vs. | ) |
| AMAR HARRIS | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on February 25, 2013.

DATED this 29th day of October, 2013.

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson
ERIC JOHNSON
Assistant United States Attorney
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal

DATED this __12th__ day of __November__, 2013.

_____
United States Magistrate Judge